UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 19-0171 |
| VERSUS | JUDGE DONALD E. WALTER |
| DILLON MERRITT | MAGISTRATE JUDGE HORNSBY |

---

**ORDER**

Before the Court is a letter motion filed pro se by Dillon Merritt ("Merritt"), asking the Court to "dismiss and esponge [sic]" his convictions and release him from any punishment sentenced by this Court. Record Document 166. Merritt contends that a "change of law" was made on May 9, 2024, pursuant to the case of United States v. Duarte, No. 22-50048, 2024 WL 2068016 (9th Cir. May 9, 2024). However, this Court is not bound by rulings from another circuit. See Flores-Abarca v. Barr, 937 F.3d 473, 484 n. 5 (5th Cir. 2019).

Accordingly, the motion (Record Documents 166) is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 22nd day of May, 2024.

*/s/ Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE